UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 2:25-cv-00012-SPC-KCD

TORY CARNEGIE,

       Plaintiff,

v.

CAPITAL ONE, N.A., EQUIFAX
INFORMATION SERVICES, LLC,
TRANS UNION, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,

       Defendants.
_____/

**NOTICE OF APPEARANCE AS COUNSEL**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that STEFANI R. ERAZO, Esq., of the law firm LIEBLER, GONZALEZ & PORTUONDO, hereby enters her appearance as counsel for Defendant, CAPITAL ONE, N.A., in these proceedings. All parties are requested to take notice of the appearance of undersigned counsel and to serve all copies of any and all motions, orders, pleadings, papers, reports, and/or documents of any kind or nature upon the undersigned counsel.

       Respectfully submitted,

       */s/ Stefani R. Erazo*
       ANDREW KEMP-GERSTEL
       Florida Bar No. 0044332
       Email: akg@lgplaw.com
       Secondary Email: mkv@lgplaw.com
       MICHAEL D. STARKS
       Florida Bar No. 0086584
       Email: mds2@lgplaw.com
       Secondary Email: sck@lgplaw.com
       STEFANI R. ERAZO
       Florida Bar No. 1019199
       Email: sre@lgplaw.com
       Secondary Email: sck@lgplaw.com

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **4th** day of **March, 2025**, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF, , and on pro se Plaintiff by email at torycarnegie@mail.com.

*/s/ Stefani R. Erazo*_____
STEFANI R. ERAZO