UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TORY D. CARNEGIE,

    Plaintiff,

v.                                  Case No. 2:25-cv-00012-SPC-KCD

CAPITAL ONE, N.A., EQUIFAX
INFORMATION SERVICES, LLC,
TRANSUNION, LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC.,

    Defendants.

_____/

## NOTICE OF APPEARANCE

Kindly enter the appearance of Victor Silva, Esquire of Buchanan Ingersoll & Rooney PC on behalf of Defendant Trans Union, LLC in the above-referenced matter.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By:   */s/ Victor Silva*
       Victor Silva, Esq.
       Fla. Bar No.: 1059856
       Buchanan Ingersoll & Rooney PC
       401 E. Jackson Street, Suite 2400

Tampa, FL 33602-5236  
Tel: 813-222-1155  
Fax: 813-222-8189  
Email: victor.silva@bipc.com

Dated: March 31, 2025

*Counsel for Defendant, TransUnion, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31ST day of March, 2025, I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system.

*/s/ Victor Silva*
Victor Silva
4931-2919-8384, v. 1