UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TORY D. CARNEGIE,

    Plaintiff,

v.

    Case No. 2:25-cv-12-SPC-KCD

CAPITAL ONE, N.A., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants,

## ORDER

On May 7, 2025, the undersigned issued a Report and Recommendation, recommending that the case be dismissed for Plaintiff's failure to serve Defendants with certain documents under the FCRA Scheduling Order and failure to respond to the Court's orders. (Doc. 43.) Since then, Defendant Capital One, N.A. has clarified that Plaintiff provided some limited documents. (Doc. 44.) Plaintiff also states that he served the documents available to him. (Docs. 47, 48.) Given these representations and Plaintiffs' subsequent efforts to prosecute this case, the undersigned **WITHDRAWS** the Report and Recommendation (Doc. 43). **Plaintiff is warned that any future noncompliance with Court orders may result in dismissal**. The deadlines in the FCRA Scheduling Order (Doc. 23) remain

in effect. Any issue regarding the parties' discovery responses must be brought to the Court's attention through a motion to compel.

**ORDERED** in Fort Myers, Florida on May 22, 2025.

Kyle C. Dudek
United States Magistrate Judge