# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

TORY CARNEGIE,                                   CASE NO.: 2:25-CV-00012-SPC-KCD

     Plaintiff,

v.

CAPITAL ONE, N.A.;
EQUIFAX INFORMATION SERVICES, LLC;
TRANS UNION, LLC; and EXPERIAN
INFORMATION SOLUTIONS, INC.,

     Defendants.

_____/

## FCRA FAST TRACK CASE MANAGEMENT REPORT

The parties agree to these dates and discovery plan under Federal Rule of Civil

Procedure 26:

| DEADLINE | AGREED DATE |
|---|---|
| **Disclosure Statements Complete**<br>[Due upon a party's first appearance] | ☒ Plaintiff filed on January 27, 2025.<br>☒ Defendant filed on March 6, 2025. |
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1).<br><br>[14 days after the parties' Rule 26(f) conference or for parties joined or served later, 30 days after being served or joined] | ☒ Exchanged<br>☐ To be exchanged by Select Date |

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, Florida 33130

| DEADLINE | AGREED DATE |
|---|---|
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021).<br><br>[4 months before the meeting to prepare the joint final pretrial statement] | November 7, 2025. |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56.<br><br>[The Court REQUIRES at least 3 months before the meeting to prepare the joint final pretrial statement] | December 8, 2025. |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a).<br><br>[3 weeks before the Final Pretrial Conference] | March 6, 2026. |
| Deadline for filing any motion in limine.<br><br>[16 days before the Final Pretrial Conference] | March 11, 2026. |
| Deadline for filing joint proposed jury instructions and verdict form, s*ee* Eleventh Circuit Pattern Jury Instructions, and joint final pretrial statement, s*ee* Local Rule 3.06(b).<br><br>[14 days before the Final Pretrial Conference. The parties are authorized to e-mail the joint instructions and/or verdict form to chambers in Word format] | March 13, 2026. |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b).<br><br>[The date that corresponds with the trial term as set forth on the district judge's webpage or, for a trial date certain, one week prior to trial] | March 27, 2026. |

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, Florida 33130

| DEADLINE | AGREED DATE |
|---|---|
| Month of the trial term or, if all parties consent to a magistrate judge, the month and day of the first day of trial.<br><br>[13 months after the first appearance of any defendant] | April 2026. |

The trial will last approximately 2 days and be

☒ by a jury.
☐ by the judge.

| All Parties Consent to the Assigned Magistrate Judge | ☐ For all purposes, including trial, the entry of the final judgment, and all post-trial proceedings<br><br>☐ For some purposes like class certification, summary judgment, *Daubert*, or jury selection (please specify):Click or tap here to enter text.<br><br>☒ For no other purpose beyond authority granted by statute, rule, and referral |
|---|---|
| All Parties Request a Settlement Conference with a Magistrate Judge | ☐ Yes<br>☒ No<br>☐ Likely to Request in Future |
| Notice of a Related Action Complete and filed as a separate docket entry | ☐ Yes<br>☒ No related cases |

Date: _07/31/2025_

Respectfully submitted by:

/s/ _Tory Carnegie_
Tory Carnegie
Plaintiff *pro se*

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, Florida 33130

and


By: /s/ Michael D. Starks
MICHAEL D STARKS
Florida Bar No. 86584
**Liebler, Gonzalez & Portuondo**
*Counsel for Defendant, Capital One, N.A.*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, Florida 33130
(305) 379-0400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of **July, 2025,** I electronically caused

the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also

certify that the foregoing document is being served this day on all counsel of

record in the manner specified via transmission of Notices of Electronic Filing

generated by CM/ECF, and by email to Plaintiff.


/s/ Michael D. Starks
MICHAEL D. STARKS