**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TORY CARNEGIE,                          CASE NO.: 2:25-CV-00012-SPC-KCD

    Plaintiff,

v.

CAPITAL ONE, N.A.;
EQUIFAX INFORMATION SERVICES, LLC;
TRANS UNION, LLC; and EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Tory Carnegie, and Defendant, Capital One, N.A., hereby submit this Joint Notice of Settlement and state that Parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                            */s/ Tory Carnegie*
                                            Tory Carnegie, Plaintiff
                                            Torycarnegie@mail.com
                                            2503 Parker Ave
                                            Fort Myers, FL 33905

**LIEBLER, GONZALEZ & PORTUONDO**
*Counsel for Defendant,*
*Capital One, N.A.*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400

By: */s/ Michael D. Starks*
    ANDREW KEMP-GERSTEL
    Florida Bar No. 0044332
    MICHAEL D STARKS
    Florida Bar No. 86584
    STEFANI R. ERAZO
    Florida Bar No. 1019199

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of **August, 2025,** I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF, and by email to Plaintiff.

    */s/ Michael D. Starks*
    MICHAEL D. STARKS